CORRECTED ORDER: SEPTEMBER 5, 2013

NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JOSEPH VICK,**
*Petitioner,*

**v.**

**DEPARTMENT OF TRANSPORTATION,**
*Respondent.*

---

2013-3073

---

Petition for review of the Merit Systems Protection Board in No. DA1221100725-B-1.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Joseph Vick moves to vacate the July 16, 2013, order dismissing his petition for review and reinstate the petition, which the court also construes as a motion to accept his nonconforming informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  The court's mandate is recalled, the July 16, 2013 dismissal order is vacated, and the petition for review is reinstated.

(3)  Mr. Vick's informal briefs are accepted for filing.

(4)  The case shall be calendared in due course.

FOR THE COURT

/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s19